25403. LLOYD & ELLIOT INC. *v.* BAXLEY FURNITURE COMPANY.

GUERRY, J. 1. An assignment of error in a direct bill of exceptions, that the court erred in admitting the testimony of a certain witness, without setting out any of the evidence in the assignment, upon the ground that it varied the contents of the written instrument sued upon, is too defective to be considered by this court. *Hamilton* v. *Williford*, 90 *Ga.* 210 (15 S. E. 753); *Lewis* v. *Hutchinson*, 127 *Ga.* 789 (56 S. E. 998); *Dodge* v. *Cowart*, 131 *Ga.* 549 (62 S. E. 987).

2. An assignment of error in a direct bill of exceptions upon the direction of a verdict, that "the same was contrary to law and contrary to evidence, and controlling in the case," is not a good assignment of error on the direction of such verdict, and presents no question for adjudication by this court. See *Bosworth* v. *Nelson*, 172 *Ga.* 612 (158 S. E. 306). No proper assignment of error having been made in the bill of exceptions, the writ of error is

*Dismissed. Broyles, C. J., and MacIntyre, J., concur.*
DECIDED APRIL 18, 1936. REHEARING DENIED MAY 7, 1936.

*H. L. Williams,* for plaintiff. *J. B. Moore,* for defendant.